| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)  Zagel, James B | 2. Court or Organization  U.S. District Court No. Ill. | 3. Date of Report  5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge, Active | 5. ReportType (check appropriate type)  ○ Nomination, Date  ○ Initial  ◉ Annual  ○ Final | 6. Reporting Period  1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address  219 S. Dearborn  Room 2588  Chicago, IL 60604 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Abe Samuels █████rust |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Zagel, James B | 5/11/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | Putnam - Book Royalties | 7197.00 |
| 2. | Foundation Press - Book Royalties | 5295.00 |
| 3. | EP Talent Services - Actor's Royalties | 129.00 |
| 4. | EPS - Actor's Royalties | 2461.00 |
| 5. | | |
| 6. | | |
| 7. | | |
| 8. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | Grant Thornton - Partnership Income |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | University of California Los Angeles | Travel Expense Reimbursement for Teaching |
| 2. | Grant Thornton | ███████ Work Travel Expense Reimbursement |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Union League Club | Guest Privileges | $1,056 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. M.O.N.Y. Policy Value | C | Dividend | L | T | | | | | |
| 2. Northern Trust Accts. | A | Dividend | M | T | | | | | |
| 3. Farm Land Washington/Clinton Counties Ill. | C | Rent | K | W | | | | | |
| 4. Grant Thornton 401(k) | A | Dividend | K | T | | | | | |
| 5. Northwestern Mut. Life Ins. Policy | A | Dividend | J | T | | | | | |
| 6. New York Life Ins. Pol. | A | Dividend | J | T | | | | | |
| 7. Country Cos. Life Pol. | A | Dividend | J | T | | | | | |
| 8. Transamer. Life Pol. Val. | | None | K | T | | | | | |
| 9. Transamer. Life Pol. Val. | | None | K | T | | | | | |
| 10. Prudential Life Ins. | | Dividend | J | T | | | | | |
| 11. Metropolitan Life Ins. | A | Dividend | J | T | | | | | |
| 12. Equitable Life (S) (Now AXA Equitable) | A | Dividend | K | T | | | | | |
| 13. Bear Stearns & Co. Acct. | B | Interest | N | T | | | | | |
| 14. ING Life Policy | A | Dividend | J | T | Buy | 1/1 | | | |
| 15. Bear Stearns & Co. Acct. | B | Interest | N | T | | | | | |
| 16. Andrew/ANDW | | None | J | T | | | | | |
| 17. Andrew/ANDW | | None | J | T | | | | | |
| 18. TEMFX | A | Distribution | J | T | Reinv | 12/31 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19.  TEMFX | A | Distribution | J | T | Reinv | 12/31 | J | | |
| 20.  GABVX | A | Distribution | J | T | | | | | |
| 21.  GABVX | A | Distribution | J | T | | | | | |
| 22.  DIS | A | Dividend | K | T | | | | | |
| 23.  DIS | A | Dividend | K | T | | | | | |
| 24.  KO | A | Dividend | J | T | | | | | |
| 25.  KO | A | Dividend | J | T | | | | | |
| 26.  PFE | C | Dividend | M | T | | | | | |
| 27.  PFE | C | Dividend | M | T | | | | | |
| 28.  SAG Pension Plan | A | Interest | J | T | | | | | |
| 29.  CP | A | Dividend | K | T | | | | | |
| 30.  CP | A | Dividend | K | T | | | | | |
| 31.  CP Ships - TEU | A | Dividend | J | T | | | | | |
| 32.  CP Ships - TEU | A | Dividend | J | T | | | | | |
| 33.  Solectron - SLR | A | Dividend | J | T | | | | | |
| 34.  Fairmont Hotels -FHR | A | Dividend | J | T | | | | | |
| 35.  Fairmont Hotels - FHR | A | Dividend | J | T | | | | | |
| 36.  Fording Inc. - FDG | | None | | | Sold | 3/6 | J | B | |

1. Income/Gain Codes:       A   = $1,000 or less        B   = $1,001-$2,500       C   = $2,501-$5,000        D   = $5,001-$15,000       E   = $15,001-$50,000
   (See Columns B1 and D4)   F   = $50,001-$100,000   G   = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:                 J   = $15,000 or less       K   = $15,001-$50,000   L   = $50,001-$100,000     M   = $100,001-$250,000
   (See Columns C1 and D3)   N   = $250.000-$500,000   O   = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                                        P3 = $25,000,001-$50,000,000                        P4 = $More than $50,000,000
3. Value Method Codes:       Q   = Appraisal          R   = Cost (Real Estate Only)   S   = Assessment          T   = Cash/Market
   (See Column C2)            U   = Book Value         V   = Other                     W  = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Fording Inc. - FDG | A | Dividend | J | T | | | | | |
| 38. Encana - ECA (formerly PCX) | A | Dividend | K | T | | | | | |
| 39. Encana - ECA (S) (formerly PCX) | A | Dividend | K | T | | | | | |
| 40. Dell | | None | K | T | | | | | |
| 41. MK Limited Partners | | None | L | T | | | | | |
| 42. I AM A CONTINGENT BENEFICIARY OF TRUST | | | | | | | | | |
| 43. Assets of Trust: Total value of all assets listed | | | | | | | | | |
| 44. My estimated share is 9.1%: | | | | | | | | | |
| 45. Bank Accounts: Harris Trust Chk./Int. | A | Interest | J | T | | | | | |
| 46. Maple Publishing Co. | A | Interest | J | W | | | | | |
| 47. Bear Stearns IRA | A | Dividend | N | T | | | | | |
| 48. Dreyfus Money Market | B | Dividend | K | T | | | | | |
| 49. AT&T Capitol-notes | | | | | Sold | 01/01 | J | A | SEE NOTE |
| 50. Pfizer - PFE | A | Dividend | J | T | Exch PHA | 4/16 | J | | |
| 51. CP | A | Dividend | J | T | | | | | |
| 52. CP Ships - TEU | A | Dividend | J | T | | | | | |
| 53. Fording Inc. - FDG | A | Dividend | J | T | | | | | |
| 54. Fairmont Hotels-FHR | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,001-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS — income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. Fording Inc. - FDG | A | Dividend | J | T | | | | | |
| 56. Encana - ECA (formerly PCX) | A | Dividend | K | T | | | | | |
| 57. Oracle - ORCL | | None | J | T | | | | | |
| 58. End of IRA | | | | | | | | | |
| 59. Dreyfus Money Market | A | Dividend | J | T | | | | | |
| 60. HD | A | Dividend | K | T | | | | | |
| 61. HD | A | Dividend | K | T | | | | | |
| 62. WAG | A | Dividend | K | T | | | | | |
| 63. WAG | A | Dividend | K | T | | | | | |
| 64. Gillette/G | A | Dividend | K | T | | | | | |
| 65. Gillette/G | A | Dividend | K | T | | | | | |
| 66. PG | A | Dividend | K | T | | | | | |
| 67. PG | A | Dividend | K | T | | | | | |
| 68. Ill Hsg Dev Auth Rev Bonds | A | Interest | J | T | | | J | A | |
| 69. Wyeth - WYE (formerly AHP) | A | Dividend | K | T | | | | | |
| 70. Wyeth - WYE (formerly AHP) | A | Dividend | K | T | | | | | |
| 71. UTX | A | Dividend | J | T | | | | | |
| 72. UTX (S) | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 73. General Electric-GE | A | Dividend | K | T | | | | | |
| 74. General Electric-GE ▇ | A | Dividend | K | T | | | | | |
| 75. Nevada H.D. - Bond | A | Interest | J | T | | | | | |
| 76. Chicago G/O Park Dist Bond | B | Interest | K | T | | | | | |
| 77. Illinois G/O Fin Auth Bond | B | Interest | K | T | | | | | |
| 78. Illinois G/O Fin Auth Bond ▇ | B | Interest | K | T | | | | | |
| 79. MONY | | None | J | T | Sell | 7/8 | J | D | |
| 80. Bear Stearns Account | B | Interest | M | T | | | | | |
| 81. Pepco Holdings POM | B | Dividend | K | T | | | | | |
| 82. First Energy - FE | B | Dividend | K | T | | | | | |
| 83. Duff & Phelp Fund - DNP | B | Dividend | K | T | | | | | |
| 84. Fund Managed High Income - MHY | B | Dividend | K | T | | | | | |
| 85. Ill HDA Multibond 93 | B | Interest | K | T | | | | | |
| 86. Lease of excess Berrien Cty, MI acreage to Leco Corp. | B | Rent | K | W | | | | | |
| 87. Fannie Mae - FNM | A | Dividend | K | T | | | | | |
| 88. Fannie Mae - FNM (S) | A | Dividend | K | T | | | | | |
| 89. Time Warner - AOL | | None | J | T | | | | | |
| 90. Time Warner - AOL ▇ | | None | J | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | PI = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Zagel, James B | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. Ohio Hsg Fin Residential | B | Interest | K | T | | | | | |
| 92. Ohio Hsg Fin Residential | B | Interest | K | T | | | | | |
| 93. AT&T Wireless Services - AWE | | None | J | T | Sell | 10/27 | J | B | |
| 94. AT&T | A | Dividend | J | T | | | | | |
| 95. Comcast - CMCSA | | None | J | T | | | | | |
| 96. Smucker - SJM | A | Dividend | J | T | | | | | |
| 97. Smucker SJM | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Zagel, James B | 5/11/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS      (Indicate part of Report.)

I participate in the Federal Thrift Savings Plan, but it is my understanding that this asset need not be listed.

All individual assets held in brokerage accounts are individually disclosed in report.

In 2001, I reached the age of eligibility to dissolve a small IRA account, without tax penalty.  All of the securities in that IRA were sold in public markets (see 2001 Financial Disclosure, p. 5, lines 73-78).  I inadvertently failed to include this sale in the 2001 Disclosure.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544